■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JORGE GOMEZ, Appellant.—Judgment, Supreme Court, New York County (Brenda Soloff, J.), rendered on June 17, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sullivan, Ross, Asch and Wallach, JJ.

■ In the Matter of RICHARD LAGRUA, Appellant, v BENJAMIN WARD, as Police Commissioner of the City of New York, et al., Respondents.—Judgment, Supreme Court, New York County (David Saxe, J.), entered on August 28, 1987, unanimously affirmed, without costs and without disbursements, for the reasons stated by Saxe, J. Concur—Sandler, J. P., Carro, Milonas, Kassal and Smith, JJ. *[See,* 136 Misc 2d 655.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS FIGUEROA, Appellant.—Judgment, Supreme Court, New York County (Leslie Snyder, J.), rendered on October 10, 1986, unanimously affirmed. Motion by appellant to enlarge the record to include certain exhibits granted. No opinion. Concur —Sandler, J. P., Carro, Milonas, Kassal and Smith, JJ.